IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHANTELL SCOTT, as administrator of the estate of TYRUS SCOTT, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 21-cv-03334<br>) |
| v. | ) Honorable Franklin U. Valderrama<br>) |
| DIRECTOR OF IDOC, ROB JEFFREYS and UNNAMED CORRECTIONAL OFFICERS AT STATESVILLE CORRECTIONAL CENTER, | )<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION FOR RELIEF FROM PRO BONO ASSIGNMENT
## AND TO WITHDRAW AS COUNSEL

Appointed counsel Paul Waldera, ("Appointed Counsel"), respectfully requests that this Court grant him relief from the Trial Bar Pro Bono assignment under LR. 83.38 and leave to withdraw his appearance as the attorney of record for Plaintiff in this matter. In support of this motion, Appointed Counsel states as follows:

1. Tyrus Scott ("Scott") originally filed this case on June 9, 2018 entitled *Tyrus Scott v. Director Of IDOC, John R. Baldwin, et al*. Case no. 1:19-cv-03712 in the Northern District of Illinois ("*Scott v. Baldwin*")

2. In or around February 2020, Scott passed away while in the custody of the Illinois Department of Corrections ("IDOC").

3. Shortly thereafter, Scott's original counsel moved to withdraw from the case as a result of Scott's death.

4. On October 23, 2020, Judge Robert Dow of the Northern District of Illinois assigned Appointed Counsel to represent Scott's estate. *Scott v. Baldwin*, at ECF 60.

5. After analyzing the facts of the *Scott v. Baldwin* case, Appointed Counsel voluntarily dismissed Scott's case on June 21, 2021 with the intention to immediately refile it with a new complaint. Scott v. Baldwin, at ECF 71.

6. The very next day Plaintiff, through Appointed Counsel, filed the present case. ECF 1.

7. On October 21, 2021, this Court similarly recruited appointed counsel to represent the Scott estate in this matter. ECF 20.

8. Appointed Counsel has since left his employment with the law firm Seyfarth Shaw and is no longer in a position to adequately represent Plaintiff.

9. Appointed Counsel has no immediate plans to return to the legal profession.

10. Appointed Counsel conferred with Ms. Scott regarding this motion. Ms. Scott does not object to the request for relief from pro bono assignment and for Appointed Counsel to withdraw from the case.

WHEREFORE, Appointed Counsel respectfully requests that the Court grant his request for relief from pro bono assignment and grant Paul Waldera leave to withdraw as the attorney of record for Plaintiff in this action.

**DATED: November 17, 2021**  	Respectfully submitted,


		By: /s/*Paul Waldera*


Paul M. Waldera,
paulmwaldera@gmail.com
Erin Dougherty Foley
edfoley@seyfarth.com
Thomas M Horan
thoran@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Counsel for Plaintiff*